IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CONNIE YELVERTON, as                )<br>Administratrix of the             )<br>Estate of Charles Keith            )<br>McConnell, deceased,               )<br>                                    )<br>     Plaintiff,                     )<br>                                    )<br>     v.                             )<br>                                    )<br>MICHAEL E. VARGO, etc.,             )<br>et al.,                             )<br>                                    )<br>     Defendants.                    ) | CIVIL ACTION NO.<br>   3:04cv556-T<br>       (WO) |
| BARBARA BROWN, as                   )<br>Administratrix of the              )<br>Estate of Amanda Taylor,           )<br>deceased,                          )<br>                                    )<br>     Plaintiff,                     )<br>                                    )<br>     v.                             )<br>                                    )<br>MICHAEL E. VARGO, etc.,             )<br>et al.,                             )<br>                                    )<br>     Defendants.                    ) | CIVIL ACTION NO.<br>   3:04cv562-T<br>       (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants, Michael E. Vargo, Christopher R. Brennan, and Patrick H. Daughtry's motion for summary judgment (Doc. No. 26) is granted as to plaintiffs Connie Yelverton and Barbara Brown's federal claims.

(2) Judgment is entered in favor of defendants Vargo, Brennan, and Daughtry and against plaintiffs Yelverton and Brown on their federal claims, with plaintiffs Yelverton and Brown taking nothing by said claims.

It is further ORDERED that plaintiffs Yelverton and Brown's remaining state-law claims are dismissed without prejudice pursuant to 28 U.S.C.A. § 1367.

It is further ORDERED that costs are taxed against plaintiffs Yelverton and Brown, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of September, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**